```
                                                    FILED IN THE
                                                  U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF WASHINGTON

                                                   Jul 06, 2021
                                                  SEAN F. McAVOY, CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANUEL ARGOMANIZ-CAMARGO, | No. 2:21-cv-00140-SMJ |
| Petitioner, | **ORDER DISMISSING HABEAS CORPUS PETITION** |
| v. | |
| DON HOLBROOK, | |
| Respondent. | |

On May 25, 2021, the Court advised Petitioner Manuel Argomaniz-Camargo of the deficiencies of his application for writ of habeas corpus by a person in State custody under 28 U.S.C. § 2254 and gave him the opportunity to amend his petition within thirty days to cure those deficiencies. ECF No. 6.[1]

Specifically, the petition appeared untimely on its face under 28 U.S.C. § 2244(d). ECF No. 6 at 5–6. The Court cautioned Petitioner that failing to amend his petition to demonstrate either a statutory or equitable basis to toll the limitations period would result in the dismissal of his petition. *Id.* at 6–7. Petitioner did not

---

[1] Petitioner, currently housed at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis*. Respondent has not been served in this action.

ORDER DISMISSING HABEAS CORPUS PETITION – 1

amend as directed and has filed nothing further in this action. For the reasons set forth above and in the Court's May 25, 2021 Order, the Court dismisses the petition.

Accordingly, **IT IS HEREBY ORDERED**:

1. The petition, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.
2. The Clerk's Office is directed to **ENTER JUDGMENT** for Respondent and **CLOSE** this file.
3. The Court certifies that an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. §§ 1915(a)(3), 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward a copy to Petitioner.

**DATED** this 6th day of July 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge